# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ANDREA K. MYERS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br> ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 3:22-CV-00147<br><br>JUDGE THOMAS M. ROSE<br><br>MAGISTRATE JUDGE<br>STEPHANIE K. BOWMAN |

## ENTRY AND ORDER GRANTING JOINT MOTION TO REMAND (DOC. NO. 12)

This case is before the Court on the parties' Joint Motion for Remand. (Doc. No. 12.) The parties agree that the Commissioner's decision should be reversed, and this matter remanded to the Commissioner pursuant to Sentence Four of Section 405 of the Social Security Act, 42 U.S.C. § 405(g) for further administrative proceedings. The Court **ORDERS** that:

(1) The Joint Motion to Remand (Doc. 12) is **GRANTED**;

(2) The Commissioner's prior decision shall be **REVERSED**;

(3) This case shall be **REMANDED** to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 405 of the Social Security Act, 42 U.S.C. § 405(g); and

(4) This case is **TERMINATED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, October 18, 2022.

                    s/Thomas M. Rose
                    _____
                    THOMAS M. ROSE
                    UNITED STATES DISTRICT JUDGE